1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL R. MULLINS,                    No.  2:24-cv-3697 CSK P

12              Plaintiff,

13        v.                                 ORDER AND FINDINGS &
                                             RECOMMENDATIONS
14    SHASTA COUNTY JAIL
      ADMINISTRATION, et al.,

15              Defendants.

16

17

18         By order filed January 3, 2025, plaintiff's complaint was dismissed, and thirty days leave

19    to file an amended complaint was granted.  Thirty days from that date have now passed, and

20    plaintiff has not filed an amended complaint, or otherwise responded to the Court's order.

21         In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

22    directed to assign a district judge to this case; and

23         IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

24    110; Fed. R. Civ. P. 41(b).

25         These findings and recommendations are submitted to the United States District Judge

26    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27    after being served with these findings and recommendations, plaintiff may file written objections

28    with the court and serve a copy on all parties.  Such a document should be captioned

                                             1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

2  failure to file objections within the specified time may waive the right to appeal the District

3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4

5  Dated:  February 19, 2025

6  _____

7  CHI SOO KIM
   UNITED STATES MAGISTRATE JUDGE

8

9  /1/mull3697.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28